UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| § | |
| v.               § | No.  1:22-CR-00216-LY |
| § | |
| **(5) VERNON JOHNSON,** § | |
| *Defendant*        § | |

# ORDER

Before the Court is Defendant's Unopposed Motion to Substitute Counsel, Dkt. 95. The Motion states that has retained Mark A. Sampson to represent him in this matter, and that he wishes to substitute Mr. Sampson for his appointed counsel, Assistant Federal Public Defender Jesus Salinas. *Id.* The Government does not oppose the motion. Based on those representations, the Court will permit the withdrawal of the substitution of Mr. Sampson for Mr. Salinas.

IT IS THEREFORE ORDERED that the Motion, Dkt. 95, is GRANTED. Mr. Salinas is permitted to WITHDRAW as counsel for Defendant, and Mr. Sampson is appointed to represent Defendant in the above-captioned case. The Court FURTHER ORDERS that Mr. Salinas meet with Mr. Sampson at the earliest opportunity to give Mr. Sampson a copy of the file and bring him up to date with regard to the representation of Defendant. Thereafter, Mr. Salinas has no further responsibilities in this case.

2

SIGNED December 14, 2022.

                                      DUSTIN M. HOWELL
                                      UNITED STATES MAGISTRATE JUDGE